UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>APPLICATIONS AND ORDER ISSUED IN: 1:20-SW-00341-DAD, and 1:20-SW-00362-DAD, PERTAINING TO TARGET TELEPHONES 1 AND 2. | No. **1:20-CR-00182-NONE-SKO**<br><br>ORDER ON GOVERNMENT'S *EX PARTE* APPLICATION |

Application having been made to this court by the United States of America for an order pursuant to Title 18, United States Code, Sections 2518(8)(b) and 2518(9), to disclose portions of those certain orders authorizing the interception of wire and electronic communications, the accompanying applications, affidavits, and recordings, in the above-entitled matters, and

Those orders, applications, affidavits, and recordings having previously been sealed by orders of the district court, and

Good cause having been shown by the United States in its application as required by Title 18, United States Code, Section 2518(8)(b),

IT IS HEREBY ORDERED that portions of the above-referenced orders, and the accompanying application and affidavits may be disclosed to defendant Jorge CHAVEZ for use in a criminal action in *United States v. Jorge Chavez* (Case No. 1:20-CR-00182-NONE-SKO), pursuant to Title 18, United States Code, Section 2518(9), and for any other purpose required by Chapter 119 of Title 18, United States Code.

1    IT IS FURTHER ORDERED THAT the defendant and any retained or appointed defense
2 staff, including but not limited to investigators and outside assistants, shall not disclose the
3 contents of the documents released by the government through discovery in this case, except as
4 necessary for investigative work for the prosecution or presentation of defenses in this case.  No
5 copies of documents, tape- recordings, or other items released by the government in discovery in
6 this case may be given to any third party who is not a member of defednat's retained or appointed
7 defense staff or hired as defense investigators or outside assistants, including relatives or friends
8 of the defendant.
9    IT IS FURTHER ORDER that this order may be served on the parties who will be in
10 receipt of the redacted applications, affidavits, and/or orders.
11 IT IS SO ORDERED.

Dated:   **December 21, 2020**                /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE