MCGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00182-NONE-SKO; 1:13-CR-00215-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JORGE CHAVEZ, | DATE: March 3, 2021 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 3, 2021.

2. By this stipulation, the parties now move to continue the status conference until May 5, 2021, or the Court's earliest convenience, and to exclude time between March 3, 2021, and May 5, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

a) On December 22, 2020, the Court entered an order on the government's *ex parte* application to disclose portions of certain orders authorizing the interception of wire and electronic communications, the accompanying applications, affidavits, and recordings, relevant to this case. CR 11. Consistent with this order, the government prepared redacted copies of

relevant filings and associated discovery materials numbering approximately 270 pages and produced and made available for defense counsel's inspection and copying these materials.

      b)      Counsel for defendant desires additional time to review this supplemental discovery, consult with his client, conduct investigation and research related to the charges, and to otherwise prepare for trial.  Separately, the parties have preliminarily discussed resolution of the matter and the government is preparing a plea offer for the defense.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 3, 2021 to May 5, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 22, 2021                                    McGREGOR W. SCOTT
                                                             United States Attorney


                                                             /s/ CHRISTOPHER D. BAKER
                                                             CHRISTOPHER D. BAKER
                                                             Assistant United States Attorney


Dated:  February 22, 2021                                    /s/ RICHARD BESHWATE
                                                             RICHARD BESHWATE
                                                             Counsel for Defendant
                                                             Jorge Chavez

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **February 24, 2021**                               /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE